IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **VIRGIL J. HUNTER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv763-MHT |
| | ) | (WO) |
| **WHOLE FOODS MARKET and** | ) | |
| **MARC MASTROPAOLO,** | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION**

Plaintiff filed this lawsuit asserting that the defendants breached their contract with plaintiff to hire him as a store manager, and that he relied on their promise to hire him to his detriment. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for lack of jurisdiction. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation

should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of December, 2015.

                                        /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**